JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                                          Case No.  ED CV 17-01669-AB (SKx)

11   Rafael Arroyo, Jr.

12                  Plaintiff,            ORDER DISMISSING CIVIL ACTION

13   v.

14   Evan Jeffrey Koster et al

15                  Defendants.

16

17

18       THE COURT having been advised that the above-entitled action has been
     settled;

19
         IT IS THEREFORE ORDERED that this action is hereby dismissed without
20
     costs and without prejudice to the right, upon good cause shown within **_30_ days,** to
21
     re-open the action if settlement is not consummated.  This Court retains full
22
     jurisdiction over this action and this Order shall not prejudice any party to this action.
23

24

25   Dated:  January 16, 2018      _____

26                                 ANDRÉ BIROTTE JR.
                                   UNITED STATES DISTRICT JUDGE
27

28